IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| VINCENT WHIPP and ANGELA GLENN, <br><br> Plaintiffs, <br><br><br> WAYNE GLENN, WILLIAM GLENN, and JOSHUA GLENN, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) NO. 2:03-0112 <br> ) JUDGE HAYNES <br> ) <br> ) <br> ) <br> ) |

## ORDER

In accordance with the Memorandum filed herewith, the Plaintiffs' motion for summary judgment is **GRANTED** and Plaintiffs are each **AWARDED** statutory damages of $10,000 from each of the Defendants, Wayne Glenn, Joshua Glenn and William Glenn.

It is so **ORDERED.**

**ENTERED** this the 24th day of October, 2005.

WILLIAM J. HAYNES, JR.
United States District Judge